UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
         :
MARIE ELENA ORTIZ RODRIGUEZ,         :
         :
           Plaintiff,         :         24-CV-9600 (JAV) (VF)
         :
          -v-         :         <u>ORDER</u>
         :
COLGATE-PALMOLIVE CO.,         :
         :
           Defendant.         :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On February 12, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure in the above-captioned case. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      In accordance with Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, Plaintiff filed a notice of intent to amend the complaint on February 22, 2025.

      Plaintiff shall file the amended complaint on the docket by no later than **March 5, 2025.** By **March 26, 2025**, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

SO ORDERED.

Dated: March 4, 2025                                 _____
      New York, New York                      JEANNETTE A. VARGAS
                                                    United States District Judge